FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HUNTER H. HALEY, (04),<br>JOSHUA M. TERPSTRA, (06),<br>CAMILLE R. MILLAR, (08),<br>TASEAN E. WITHERWAX, (09)<br>DUSTIN W. RHODES, (12), and<br>NICHOLE M. GOURNEAU, (15),<br><br>                    Defendants. | No.   15-CR-00144-SMJ-4<br>        15-CR-00144-SMJ-6<br>        15-CR-00144-SMJ-8<br>        15-CR-00144-SMJ-9<br>        15-CR-00144-SMJ-12<br>        15-CR-00144-SMJ-15<br><br><br>**PROTECTIVE ORDER** |

        Before the Court, without oral argument, is the USAO's Motion for

Protective Order, ECF No. 119.  The Court is fully informed and grants the motion.

//

//

//

//

//

//

//

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.**    The USAO's Motion to Expedite, **ECF No. 120**, is **GRANTED**.

**2.**    The USAO's Motion for Protective Order, **ECF No. 119**, is **GRANTED.**

**3.**    The Court enters the discovery protective order at **ECF No. 119-1.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2015\USA v  Dykhouse(sealed)-0144\Protective Order LC2 docx

ORDER **-** 2