PROB 12C
(6/16)

Report Date: July 17, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 18, 2017**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hunter H. Haley                Case Number: 0980 2:15CR00144-SMJ-4

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: November 29, 2016

Original Offense:    Conspiracy to Commit Bank Fraud 18 U.S.C. § 1349, Aggravated Identity Theft 18 U.S.C. § 1028(a)(1), Possession of Stolen Mail 18 U.S.C. § 1708

Original Sentence:   Prison - 1 day            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Allyson Edwards            Date Supervision Commenced: November 29, 2016

Defense Attorney:    Federal Defenders Office   Date Supervision Expires: November 28, 2019

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Haley violated his conditions of supervised release by being arrested for the crimes of malicious mischief-3 and interfering with reporting domestic violence.

On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed. Mr. Haley signed his judgment acknowledging an understanding of his conditions of supervision, to include mandatory condition number 1, as noted above.

On July 1, 2017, per Spokane County citation number 7Z0815047, Mr. Haley was arrested for misdemeanor domestic violence charges malicious mischief-3 and interfering with reporting domestic violence.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Haley, Hunter H.
July 17, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 17, 2017

Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

07/18/2017
Date