PROB 12C
(6/16)

Report Date: August 4 2017

# United States District Court

for the

# Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hunter H. HaleyCase Number: 0980 2:15CR00144-SMJ-4

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington 99029

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: November 29, 2016

Original Offense:   Conspiracy to Commit Bank Fraud 18 U.S.C. § 1349, Aggravated Identity Theft 18 U.S.C. § 1028(a)(1), Possession of Stolen Mail 18 U.S.C. § 1708

Original Sentence:  Prison - 1 dayType of Supervision: Supervised Release
TSR - 36 day

Asst. U.S. Attorney:  Allyson EdwardsDate Supervision Commenced: November 29, 2016

Defense Attorney:  Federal Defender's OfficeDate Supervision Expires: November 28, 2019

## PETITIONING THE COURT

To **issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/17/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Haley violated his conditions of supervised release by being arrested for the crimes of Possession of Controlled Substance-Heroin with Intent to Distribute and Drug Paraphernalia. |
| | On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 1, as noted above. |
| | On August 3, 2017, per Spokane Police Department incident report 2017-20151053, Mr. Haley was arrested for possession of controlled substance-heroin with intent to distribute, and possession of drug paraphernalia. |

Prob12C
**Re: Haley, Hunter H**
**August 4, 2017**
**Page 2**

3    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Haley violated his conditions of supervised release by unlawfully being in possession of a controlled substance, to wit, Heroin on August 3, 2017.

On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 2, as noted above.

On August 3, 2017, per Spokane Police Department report 2017-20151053, Mr. Haley was in possession of Heroin, a controlled substance.

4    **Standard Condition # 11**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Haley is not lawfully employed nor shown proof to the undersigned that he has searched for employment.

On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 1, as noted above.

Mr. Haley, without being excused by the undersigned, has failed to obtain verified and or gainful employment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/04/2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Haley, Hunter H**
**August 4, 2017**
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

08/04/2017
Date