PROB 12C
(6/16)

Report Date: December 28, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Hunter H. Haley | Case Number: 0980 2:15CR00144-SMJ-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Reardan, Washington 99029 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: November 29, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud 18 U.S.C. § 1349, Aggravated Identity Theft 18 U.S.C. § 1028(a)(1), Possession of Stolen Mail 18 U.S.C. § 1708 |
| Original Sentence: | Prison - 1 day  TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards |
| Date Supervision Commenced: | November 29, 2016 |
| Defense Attorney: | David Fletcher |
| Date Supervision Expires: | November 28, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/17/2017 and 08/04/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special condition # 2:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed. Mr. Haley signed his judgment acknowledging an understanding of his conditions of supervision, to include special condition number 2, as noted above.

Mr. Haley violated his conditions of supervised release by using methamphetamine on or about December 26, 2017.

On December 28, 2017, Mr. Haley reported to the U.S. Probation Office as instructed. It was at this time Mr. Haley provided a urinalysis that tested presumptive positive for methamphetamine. After initially being deceitful, Mr. Haley admitted to the undersigned, and via a signed document, that he used methamphetamine on or about December 26, 2017. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/28/2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/29/2017
Date