PROB 12C
(6/16)

Report Date: November 21, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hunter H Haley                     Case Number: 0980 2:15CR00144-SMJ-4

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: November 29, 2016

Original Offense:      Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349, Aggravated Identity Theft, 18
                       U.S.C. § 1028(A)(a)(1), Possession of Stolen Mail, 18 U.S.C. § 1708

Original Sentence:     Prison - 1 day            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   U.S. Attorney Office      Date Supervision Commenced: November 29, 2016

Defense Attorney:      Federal Defender Office   Date Supervision Expires: November 28, 2019

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

   1                  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

                      **Supporting Evidence**: Mr. Haley violated his conditions of supervised release by being
                      cited for the crime of third degree driving while license suspended.

                      On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with
                      him. He signed his judgment acknowledging an understanding of his supervision conditions,
                      to include mandatory condition number 1, as noted above.

                      On November 15, 2018, at 1:57 a.m., per citation number 8Z1098873, Mr. Haley was cited
                      for third degree driving while license suspended by the Spokane County Sheriff's Office.

   2                  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

                      **Supporting Evidence**: Mr. Haley violated his conditions of supervised release by being
                      cited for the crime of third degree driving while license suspended.

Prob12C
**Re: Haley, Hunter H**
**November 21, 2018**
**Page 2**

On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 1, as noted above.

On November 18, 2018, at 3:05 a.m., per Pullman Police report 18-P11633, Mr. Haley was cited and released for third degree driving while license suspended. It should be noted, Mr. Haley informed the officer he knew his driver's license was suspended.

3     **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Haley failed notify his probation officer within 72 hours of being questioned by a law enforcement officer.

On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 9, as noted above.

On November 15, 2018, Mr. Haley was cited and released for third degree driving while license suspended, in which he failed to notify his probation officer within 72 of this law enforcement contact.

4     **Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer.

**Supporting Evidence**: Mr. Haley was untruthful to his probation officer about questions asked relative to his employment status.

On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include standard condition number 4, as noted above.

On November 14, 2018, the undersigned made contact with Mr. Haley at his residence in which he reported he remained working at Haakon Industries on a full-time basis. On November 19, 2018, the undersigned sent a text message and left a voicemail on Mr. Haley's phone instructing him to report to the U.S. Probation Office on November 20, 2018. On November 20, 2018, Mr. Haley sent the undersigned a text message stating that he was unable to report to the U.S. Probation Office due to not being able to leave his work shift. After receiving the text message stating that he was unable to report due to his employment, the undersigned spoke with Mr. Haley via telephone in which he stated that he was still employed with Haakon Industries and was unable to leave his shift. On November 20, 2018, the undersigned contacted Haakon Industries in which they informed that Mr. Haley was terminated from Haakon Industries on October 6, 2018, due to excessive absences.

**Prob12C**
**Re: Haley, Hunter H**
**November 21, 2018**
**Page 3**

5   **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Haley failed to report his change in employment status to his probation officer.

On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include standard condition number 7, as noted above.

On November 20, 2018, the undersigned confirmed with Haakon Industries that he was terminated from his position on October 6, 2018. Mr. Haley failed to report this change in employment status with his probation officer.

6   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Haley violated his conditions of supervised release by being charged and arrested for second degree felony theft and 11 counts of second degree vehicle prowling.

On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include standard condition number 1, as noted above.

On November 20, 2018, per Whitman County Sheriff's Office affidavit of probable cause on case number 18-S3278, Mr. Haley was arrested and charged with second degree felony theft and 11 counts of second degree vehicle prowling. The affidavit of probable cause indicates Mr. Haley admitted to breaking into 5-10 vehicles in Rosalia, Washington, on November 18 and 19, 2018, in which various items were stolen.

7   **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Haley communicated and interacted with a felon without the permission of his probation officer or the court.

Prob12C
**Re: Haley, Hunter H**
**November 21, 2018**
**Page 4**

        On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 8, as noted above.

        On November 18, 2018, at 3:05 a.m., per Pullman Police report 18-P11633, John R. Anders was a passenger in Mr. Haley's vehicle. Furthermore, Whitman County Sheriff's Office affidavit of probable cause on case number 18-S3278, indicates Mr. Haley admitted to associating and engaging in criminal activity with Mr. Anders on November 18 and 19, 2018. A criminal history check on Mr. Anders indicates he is a 4-time convicted felon in the State of Washington. Mr. Haley never sought permission from his probation officer to interact with Mr. Anders.

8        **Standard Condition # 10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

        **Supporting Evidence**: On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 10, as noted above.

        On November 20, 2018, per Whitman County Sheriff's Office affidavit of probable cause on case number 18-S3278, a search warrant was applied for and granted to search Mr. Haley's vehicle for stolen property. During the search of the vehicle, a Ruger Pistol and two boxes of ammunition were located in the car. Lincoln County deputies were notified and arrived on scene in which they obtained a search warrant and seized the stolen Ruger as evidence.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/21/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Haley, Hunter H**
**November 21, 2018**
**Page 5**

THE COURT ORDERS

[  ]    No Action

[ X ]    The Issuance of a Warrant

[  ]    The Issuance of a Summons

[  ]    Other

_____
Signature of Judicial Officer

_____11/21/2018_____
Date