PROB 12C
(6/16)

Report Date: September 13, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Hunter H. Haley | Case Number: 0980 2:15CR00144-SMJ-4 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza Jr., U.S. District Judge | |
| Date of Original Sentence: November 29, 2016 | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349, Aggravated Identity Theft, 18 U.S.C. § 1028(A)(a)(1), Possession of Stolen Mail, 18 U.S.C. § 1708 |
| Original Sentence: Prison - 1 day; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: George J.C. Jacobs, III | Date Supervision Commenced: November 29, 2016 |
| Defense Attorney: Federal Defender Office | Date Supervision Expires: November 28, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/21/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that on or about November 21, 2018, Mr. Haley violated the conditions of his supervised release by committing felony offenses of theft of a firearm, second degree unlawful possession of a firearm, and second degree theft- access device. |
| | On December 2, 2016, Mr. Haley's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his supervision conditions, to include mandatory condition number 1, as noted above. |
| | On July 16, 2019, in Lincoln County Superior Court, Mr. Haley entered a plea of guilty to the felony offenses of theft of a firearm, second degree unlawful possession of a firearm, and second degree theft-access device. It was at that time Mr. Haley was sentenced to 39 ½ months of imprisonment to the Washington State Department of Corrections. |

Prob12C
**Re: Haley, Hunter H.**
**September 13, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/13/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

09/13/2021
Date